United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 NOV 14 PM 3:03

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
## Civil Cases

**TO:** District Judge Morrison, District Judge Watson, District Judge Black, Chief Judge Marbley, Magistrate Judge Jolson, Magistrate Judge Deavers, and Magistrate Judge Vascura

**FROM:** Kristen Keppler, Case Administrator

**DATE:** September 28, 2023

**SUBJECT:** Case Caption: Cheryl Barefoot v. Peoples Bank

**CASE:** Case Number: Doc. 2:23-cv-3161 1

**DISTRICT JUDGE:** Morrison (referred to Magistrate Judge Jolson)

File Date: September 28, 2023

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Latasha Brooks, et al. v. Peoples Bank**

| Case Number: | **Doc. 2:23-cv-3043 1** | District Judge: | **Watson** |
|---|---|---|---|
| File Date: | **September 21, 2023** | Magistrate Judge: | **Deavers** |

**Related Case(s):**

Case Caption: **Earl Blankenship v. Peoples Bank**

| Case Number: | **Doc. 1:23-cv-0603 1** | District Judge: | **Black** |
|---|---|---|---|
| File Date: | **September 22, 2023** | Magistrate Judge: | |

Memo Re: Related Civil Cases
Page 2

**Related Case(s):** _____

Case Caption: **Stephen McDonald v. Peoples Bank**

Case Number: **Doc. 2:23-cv-3084 1**      District Judge: **Marbley**

File Date: **September 26, 2023**      Magistrate Judge: **Vascura**


**Related Case(s):** _____

Case Caption: _____

Case Number: _____      District Judge: _____

File Date: _____      Magistrate Judge: _____


**Related Case(s):** _____

Case Caption: _____

Case Number: _____      District Judge: _____

File Date: _____      Magistrate Judge: _____


**Related Case(s):** _____

Case Caption: _____

Case Number: _____      District Judge: _____

File Date: _____      Magistrate Judge: _____

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 3

The District Judges having conferred, we respond to Case Administrator   **Kristen Keppler**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _Watson_

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_/s/ Michael H. Watson_
United States District Judge

_/s/ Algenon L. Marbley_
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Memo Re: Related Civil Cases
Page 3

The District Judges having conferred, we respond to Case Administrator **Kristen Keppler** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Watson___

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies